IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V § | CRIMINAL NO. 3:21-MJ-00105 |
| § | |
| CHRISTIAN MICHAEL MACKEY § | |

**MOTION FOR DETENTION**

The United States moves for pre-trial detention of defendant, **Christian Michael Mackey**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

     \_\_\_\_\_  Crime of violence (18 U.S.C. §3156);

     \_\_\_\_\_  Maximum sentence life imprisonment or death

     \_\_\_\_\_  10 + year drug offense

     \_\_\_\_\_   Felony, with two prior convictions in above categories

     \_\_X\_\_  Serious risk defendant will flee

     \_\_\_\_\_  Serious risk obstruction of justice

     \_\_\_\_\_  Felony involving a minor victim

     \_\_X\_\_  Felony involving a firearm, destructive device, or any other dangerous weapon

     \_\_\_\_\_  Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

   ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   ____ At first appearance

   __X__ After continuance of __2__ days (not more than 3).

DATED this __8th__ day of February 2021.

**Motion for Detention - Page 2**

        Respectfully submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY


        /s/ *Nicole Dana*
        NICOLE DANA
        Assistant United States Attorney
        Texas State Bar No. 24062268
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone: 214.659.8694
        Facsimile: 214.659.8800
        Email: nicole.dana@usdoj.gov