UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | 3:21-CR-093-X |
| CHRISTIAN MICHAEL MACKEY, | § | ECF |
| Defendant. | § | |

**WAIVER OF RIGHT TO APPEAR IN PERSON AND CONSENT
TO PLEAD GUILTY BY VIDEO CONFERENCE**

I have signed the documents necessary in order to plead guilty and am ready to enter my plea.

I understand that I have a right to appear in person with my attorneys to enter my plea of guilty in open court, and to consult privately with my attorneys during the guilty plea.

I understand that due to the global pandemic caused by the novel coronavirus (COVID-19), court proceedings in this district have been postponed, or continued, in order to protect the health and safety of all parties, including me, my attorney, court personnel, and the public.

I understand that the Court is authorized to conduct plea hearings by video conference if I agree, after conferring with my attorneys.

I have fully discussed my right to appear in person with my attorneys. I understand that if I consent to enter my guilty plea by video conference, I will be in a different location than the judge and my attorneys, and that this may impact my ability to consult privately with my attorneys.

After consulting with counsel, I believe that delaying my plea will result in serious harm to the interests of justice, and that it is in my best interests to proceed with a guilty plea by video conference now instead of waiting for an in-person court appearance later.

I agree that I have either read this waiver and consent form, or had it read to me, and that I have fully discussed it with my attorney. I understand that by signing this waiver and consent form, I am giving up my right to appear in person to enter my guilty plea.

After consulting with counsel, I knowingly and voluntarily consent to have my plea hearing conducted by video conference.

Date: ~~April~~ May 3, 2021

_____
CHRISTIAN MICHAEL MACKEY

_____
DOUGLAS A. MORRIS
Defendant's Attorney