UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § 3:21-CR-093-X § § § |
| v. | |
| CHRISTIAN MICHAEL MACKEY (1) | |

## ORDER SETTING OTHER TERMS OF SUPERVISED RELEASE

It is hereby ORDERED that the above-named defendant, while on supervised release, comply with the Standard Conditions recommended by the United States Sentencing Commission at Section 5D1.3(c) of the Guidelines Manual, and comply with the below-listed other conditions of supervised release, which are derived from Sections 5D1.3(a), (b), (d), and (e), in relevant part:

1. The defendant must not commit another federal, state or local crime.
2. The defendant must not unlawfully possess a controlled substance.
3. The defendant must cooperate in the collection of DNA as directed by the probation officer.
4. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
5. The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse.

I acknowledge receipt of the forgoing terms of supervised release. I understand them and I waive the reading of them in open court. I agree to be bound by them and subject to revocation for violation of any of them.

December 14th, 2021.

_____
Defendant's Signature

_____
Defense Counsel

_____
BRANTLEY STARR
UNITED STATES DISTRICT JDUGE